UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN O. WILSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3-14-2344 |
| | ) Senior Judge Haynes |
| REGIONS BANK, et al., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 11) to grant Defendants' motion to dismiss (Docket Entry No. 5) and motion for joinder (Docket Entry No. 7). Plaintiffs have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** Defendants' motion to dismiss (Docket Entry No. 5) and motion for joinder (Docket Entry No. 7) are **GRANTED,** and this action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the _10_ day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge